| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)*    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Fourth Quarter Properties XXXVIII, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **58-2649101**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **45 Ansley Drive** **Newnan, GA 30263** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Coweta** | Location of principal assets, if different from principal place of business |
| County | **45, 47 & 49 Ansley Drive Newnan, GA 30263** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
  ☐ Partnership (excluding LLP)
  ☐ Other. Specify:

Debtor **Fourth Quarter Properties XXXVIII, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **NDGA** | When | **3/05/13** | Case number | **13-10585** |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Fourth Quarter Properties XXXVIII, LLC**  Case number (*if known*) _____
_____Name_____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Fourth Quarter Properties XXXVIII, LLC** _____ Case number (*if known*)_____
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  1, 2020**
               MM / DD / YYYY

**X** **/s/ Stanley E. Thomas**                           **Stanley E. Thomas**
    Signature of authorized representative of debtor        Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ David L. Bury, Jr.**                          Date  **June  1, 2020**
    Signature of attorney for debtor                             MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone  **478-750-9898**     Email address  **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

Fill in this information to identify the case:
Debtor name  **Fourth Quarter Properties XXXVIII, LLC**
United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Aaron's Home Tech<br>P.O. Box 278<br>Fayetteville, GA 30214 | | Trade Debt | | | | $623.10 |
| Benjamin Carl Owen<br>1735 Cashtown Road<br>Bremen, GA 30110 | | Deed to Secure Debt and Related Loan Documents | | $2,820,000.00 | $0.00 | Unknown |
| Coweta County Water & Sewerage Authority<br>545 Corinth Rd.<br>Newnan, GA 30263 | | Trade debt | | | | $56.00 |
| Fourth Quarter Properties 100, LLC<br>45 Ansley Drive<br>Newnan, GA 30263 | | Insider Loans | | | | $951,827.00 |
| Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | | Trade Debt | | | | $0.00 |
| Georgia Secretary of State<br>P.O. Box 23038<br>Columbus, GA 31902-3038 | | Trade Debt | | | | $50.00 |
| Hudland Holdings, LLC<br>270 N. Jeff Davis. Dr.<br>Fayetteville, GA 30214 | | Deed to Secure Debt and Related Loan Documents | | $21,750,000.00 | $0.00 | Unknown |
| John D. Phillips<br>4230 Glen Devon Dr.<br>Atlanta, GA 30327 | | Loan Payable | | | | $4,828,160.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **Fourth Quarter Properties XXXVIII, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Newnan-Coweta County Airport Authority**<br>**22 East Broad Street**<br>**Newnan, GA 30263** | | **Trade debt** | | | | $2,026.53 |
| **Setco Grading, LLC**<br>**50 Ansley Drive**<br>**Newnan, GA 30263** | | **Trade debt** | | | | $9,600.00 |
| **True Natural Gas**<br>**P.O. Box 530812**<br>**Atlanta, GA 30353-0812** | | **Trade debt** | | | | $0.00 |
| **Waste Management**<br>**P.O. 4648**<br>**Carol Stream, IL 60197** | | **Trade Debt** | | | | $244.34 |

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Fourth Quarter Properties XXXVIII, LLC**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| J. Bruce Williams, Jr.<br>45 Ansley Drive<br>Newnan, GA 30263 | | 5% | Member |
| Little Suwanee Holdings, LLC<br>45 Ansley Drive<br>Newnan, GA 30263 | | 95% | Member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 1, 2020**        Signature **/s/ Stanley E. Thomas**
                             **Stanley E. Thomas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# RESOLUTIONS OF THE MAJORITY MEMBER AND THE SOLE MANAGER
## OF
## FOURTH QUARTER PROPERTIES XXXVIII, LLC

The following joint action was taken by the majority (95%) Member and the Sole Manager of Fourth Quarter Properties XXXVIII, LLC (the "**Company**") by this written consent to said action signed by the same:

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia; and

That, pursuant to Section 16.4 of the Amended and Restated Operating Agreement of Company, Stanley E. Thomas, on behalf of the Company, is hereby authorized to take such actions and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: June 1, 2020.

**MAJORITY (95%) MEMBER**

LITTLE SUWANEE HOLDINGS, LLC
By:

_____
Stanley E. Thomas, Manager

**SOLE MANAGER**

_____
Stanley E. Thomas, Manager

G:\CLIENTS\FQP XXXVIII, LLLC v. Ch. 11 (2020)\Consent Minutes - Fourth Quarter Properties XXXVIII, LLC (for signature 06.01.20).doc

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fourth Quarter Properties XXXVIII, LLC**                    Case No.
                                    Debtor(s)                        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 1, 2020**                    **/s/ Stanley E. Thomas**
                                             **Stanley E. Thomas**/**Manager**
                                             Signer/Title

```
Aaron's Home Tech
P.O. Box 278
Fayetteville, GA 30214



Benjamin Carl Owen
1735 Cashtown Road
Bremen, GA 30110



CCO Airport Services
Coweta County Airport
115 Airport Road, Box 2
Newnan, GA 30263



Cornerstone Commercial Mortgages, LLC
530-A West Thomas Street
Milledgeville, GA 31061



Coweta County Water & Sewerage Authority
545 Corinth Rd.
Newnan, GA 30263



Fourth Quarter Properties 100, LLC
45 Ansley Drive
Newnan, GA 30263



Georgia Power
96 Annex
Atlanta, GA 30396-0001



Georgia Secretary of State
P.O. Box 23038
Columbus, GA 31902-3038



Hudland Holdings, LLC
270 N. Jeff Davis. Dr.
Fayetteville, GA 30214
```

J. Bruce Williams, Jr.
45 Ansley Drive
Newnan, GA 30263


John D. Phillips
4230 Glen Devon Dr.
Atlanta, GA 30327


Little Suwanee Holdings, LLC
45 Ansley Drive
Newnan, GA 30263


Newnan Coweta Airport Authority
22 E. Bear Street
Newnan, GA 30263


Newnan-Coweta County Airport Authority
22 East Broad Street
Newnan, GA 30263


Setco Grading, LLC
50 Ansley Drive
Newnan, GA 30263


Stanley E. Thomas
45 Ansley Drive
Newnan, GA 30263


True Natural Gas
P.O. Box 530812
Atlanta, GA 30353-0812


Twinstar Partners, LLC
7747 E. Earll Drive
Scottsdale, AZ 85251

```
Waste Management
P.O. 4648
Carol Stream, IL 60197
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fourth Quarter Properties XXXVIII, LLC**                                   Case No.
                                              Debtor(s)                              Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fourth Quarter Properties XXXVIII, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Little Suwanee Holdings, LLC**
**45 Ansley Drive**
**Newnan, GA 30263**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 1, 2020** | **/s/ David L. Bury, Jr.** |
| Date | **David L. Bury, Jr. 133066** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Fourth Quarter Properties XXXVIII, LLC** |
| | **Stone & Baxter, LLP** |
| | **577 Mulberry Street, Suite 800** |
| | **Macon, GA 31201** |
| | **478-750-9898 Fax:478-750-9899** |
| | **dbury@stoneandbaxter.com** |